# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

JERRY EMERY DE LA CRUZ,               )   No. CV 09-9315-GHK (AGR)
                                       )
            Petitioner,                )
                                       )   **JUDGMENT**
      v.                               )
                                       )
J. MARSHALL,                           )
                                       )
            Respondent.                )
_____)

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed.

DATED: May 27, 2011            _____
                                    GEORGE H. KING
                                    UNITED STATES DISTRICT JUDGE